UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| YONELIKA JEAN-PIERRE, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff,*<br><br> v.<br><br>WALGREEN CO.,<br><br>      *Defendant.* | Civil Action No.: 1:21-cv-01452-RPK-PK |

### DECLARATION OF CHRISTOPHER A. PARLO IN SUPPORT OF MOTION TO WITHDRAW JASON D. BURNS AS COUNSEL FOR DEFENDANT

CHRISTOPHER A. PARLO, an attorney in good standing admitted to practice in this Court, declares the following:

1. I am a partner in the law firm of Morgan, Lewis & Bockius LLP and counsel of record for Defendant in this case.

2. This Declaration is made in support of Defendant's Motion to Withdraw Jason D. Burns as Counsel for Defendant.

3. Jason D. Burns was an associate in the New York, New York office of Morgan, Lewis & Bockius LLP, but, as of June 23, 2021, is no longer with the Firm.

4. Accordingly, Jason D. Burns should be relieved of his responsibilities and duties to Defendant, and removed as counsel of record.

2

5. No substitution of counsel is necessary at this time as Defendant continues to be represented in this action by Christopher A. Parlo, Ashley J. Hale, and Elisa C. Egonu of Morgan, Lewis & Bockius LLP.

6. Based on the foregoing, I respectfully request that the Court enter an order allowing Jason D. Burns to withdraw as counsel of record for Defendant.

Dated: July 20, 2021                                /s/ Christopher A. Parlo
                                                    Christopher A. Parlo